COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| IN THE INTEREST OF D. A. A-B., A CHILD, | | No. 08-21-00058-CV |
| | § | |
| | | Appeal from the |
| Appellant. | § | |
| | | 388th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2016DCM0868) |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until October 7, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Kristina Voorhies Legan, the Appellant's attorney, prepare the Appellant's Brief and forward the same to this Court on or before October 7, 2021.

IT IS SO ORDERED this 9h day of September, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.